**BLD-214**

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **23-1480**

GARTOR KIKI BROWN, Appellant

   VS.

LT. MAXWELL, et al.

   (M.D. Pa. Civ. No. 3:18-cv-01527)

Present:  MONTGOMERY-REEVES, Circuit Judge

   Submitted are:

   (1)   Appellant's motion for appointment of counsel

   (2)   Appellant's motion to proceed in forma pauperis (IFP) for the purpose of appointment of counsel;

   (3)   Appellant's motion for transcripts at the government's expense; and

   (4)   Appellees' motion to revoke Clerk's Order granting IFP status

      in the above-captioned case.

            Respectfully,


            Clerk


_____ORDER_____

Appellant's motion to proceed in forma pauperis (IFP) for the purpose of her motions for appointment of counsel and for transcripts at government expense is granted.  The Appellees' motion to revoke Appellant's IFP status is denied.  See Walker v. People

Express Airlines, Inc., 886 F.2d 598, 601 (3d Cir. 1989); see also Sinwell v. Shapp, 536 F.2d 15, 19 (3d Cir. 1976). Upon consideration of the factors set out in Tabron v. Grace, 6 F.3d 147, 155-56 (3d Cir. 1993), Appellant's motion for appointment of counsel is denied. Appellant's motion for transcripts at government's expense is granted. Her appeal is not frivolous and the trial transcript is needed to decide the issues on appeal. We ask the District Court to direct the court reporter to prepare the trial transcript at government expense for the use of this Court. See 28 U.S.C. § 753(b); § 1915(c).

By the Court,

s/ Tamika R. Montgomery-Reeves
Circuit Judge

Dated: September 27, 2023
DWB/arr/cc:
Gartor Kiki Brown
Kimberly A. Adams
Lindsey A. Bedell

A True Copy:

Patricia S. Dodszuweit, Clerk