# The United States Court Of Appeals



## For The Third Circuit

| | |
|---|---|
| Gartor Kiki Brown | : |
| v. | :       23-1480 |
| Maxwell, et al. | : |

## Appellant's Brief To Motion To Exceed Page Limitation

- Appellant Gartor Kiki Brown to whom proceeds' pro se is the Appellant in this case. Thee petition the Appellant Court to consider her request to exceed page limitation in this matter.

- In simplicity the content and merit of Thee's appeal would be critical in connection with Appellant's issue's presented on appeal; in order to adequately present these issues Thee has surpassed the Appellant's Court page limitation.

- Precisely Thee urges fairness, opportunity, in principle Brown mellifluously seeks consideration in good faith, as Turn to the logistics; there are over (250 Docket) entrees, transcending contents in exhibits.

- The legal issues to whom are complex and meritorious, even assuming Thee could limit her content; so I consist the issues presented are very serious and that this Court has been so assiduous in the pass.



# The United States Court Of Appeals

# For The Third Circuit

Gartor Kiki Brown  :

v.  :                                    23-1480

Maxwell, et al.  :

## Appellant's Motion For Leave To Exceed Page Limitation

- Appellant Request leave to file a Brief in excess of seventy-five pages

- Appellant request is consistent with courteous demeanor in so recognizing that the Court's time is precious.

- Who so exist complex arguments raining merit.