UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **23-1480**

Brown v. Maxwell

To:     Clerk

1)   Motion by Appellant for Leave to File a Brief in Excess of Page Limitation

---

The foregoing motion is referred to the merits panel. Appellees' brief must be filed and served withing thirty (30) days of the date of this order.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:      November 20, 2023
EMA/cc:   All Counsel of Record
              Gartor Kiki Brown